UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND COLLETTE )<br>   Plaintiff, )<br>  )<br>V. )<br>  )<br>COMMERCIAL RECOVERY SYSTEMS, INC. )<br>   Defendant )<br>  ) | CIVIL ACTION NO<br><br>COMPLAINT<br><br>FEBRUARY 27, 2013 |

## COMPLAINT

### Introduction

1. This is a suit brought by a consumer abused by Defendant in violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### Parties

2. The Plaintiff, Raymond Collette, is a natural person residing in Bridgeport, CT.

3. The Defendant, Commercial Recovery Systems, Inc. ("Commercial"), is a foreign corporation doing business in Connecticut and engaged in the practice of collecting debts.

### Jurisdiction and Venue

4. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. 1337 and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Commercial because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident and the acts complained of occurred in this state.

## Factual Allegations

7. On or about August 14, 2012 and August 20, 2012, the Defendant placed telephone calls to Mr. Collette and spoke with him on the phone.

8. During these calls and others, the called identified himself/herself as being from "Mr. Johnson's Office."

9. During these calls and others, the caller never stated that the communication was from a debt collector and any information obtained may be used for that purpose.

10. During these calls and others, Commercial repeatedly threatened to sue the Plaintiff and take legal action against him.

11. Commercial never provided the Plaintiff with written correspondence.

12. The Defendant failed to provide a 30 day debt validation clause in the April 27, 2012 letter.

## Claims for Relief

### First Cause of Action
### Violation of the Fair Debt Collection Practices Act, 15. U.S.C. §§ 1692 et seq.

13. Paragraphs 1-12 are herein incorporated.

14. The Defendant violated FDCPA § 1692g by not providing in the initial written notice a statement that the consumer has thirty (30) days to dispute the validity of the debt within five (5) days of the initial communication.

15.    The Defendant violated FDCPA § 1692e by not providing the mandatory "Mini-Miranda" rights at the beginning of each attempt to collect on the debt.

16.    The Defendant violated FDCPA § 1692e by threatening to take legal action when it does not have the authority to do so.

17.    For the Defendant's violations of the Fair Debt Collections Practices Act as described above, the Plaintiff is entitled to recover his actual statutory damages of $1,000 plus attorney's fees and costs, pursuant to 15. U.S.C. §1692k.

## Second Cause of Action
### Violation of the Connecticut Unfair Trade Practices Act, 42 C.G.S. § 42-110 et seq.

13.    Paragraphs 1-12 of the First Cause of Action are herein incorporated as Paragraphs 1-12 of the Second Cause of Action as if contained herein.

14.    The Defendant has committed one or more unfair or deceptive acts or practices in violation of the Connecticut Unfair Trade Practices Act § 42-110a Conn. Gen. Stat. et seq., including, but not limited to: unlawfully repossessing plaintiff's car and frustrating her right to redeem collateral.

15.    Plaintiff has suffered and will suffer monetary loss, stress, and damage to credit, reputation, embarrassment and inconvenience as a result of defendant's actions.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k and C.G.S. § 42-110 et seq.; attorney's fees and costs pursuant to 15 U.S.C. § 1692k and C.G.S. § 42-110 et seq.; punitive damages pursuant to C.G.S. § 42-110 et seq.; and such other relief as this Court deems appropriate.

THE PLAINTIFF,
RAYMOND COLLETTE

BY _____
Christopher D. Hite, ct27600
Rosenberg & Press, LLC
3333 Main Street, Suite 100
Stratford, CT 06614
Tel (203)870-6700
Fax (203)870-6701