Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____ RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS  FROM: _____ TO: _____

RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. _____

====================================

_____                              _____
                                                                                Plaintiff's Counsel
                    vs

_____                              _____
                                                                                Defendant's Counsel
====================================

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing
   For Damages

☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____